**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL RAY OLIVER,**
**ADC #657483**                                                                                       **PLAINTIFF**

V.                                    CASE NO. 4:16-CV-529-BRW-BD

**SHERIFF DUNCAN**                                                                              **DEFENDANT**

## ORDER

On July 22, 2016, Michael Ray Oliver, an inmate in the North Central Unit of the Arkansas Department of Correction, filed a complaint under 42 U.S.C. § 1983. (Docket entry #2) Mr. Oliver claims that his constitutional rights were violated when the Crawford County Sheriff transported him from Crawford County to the North Central Unit. He names Sheriff Duncan as the only Defendant.

Crawford County lies in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Fort Smith Division, Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED, this 25th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE